

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2022

No. 04-21-00571-CV

**IN THE INTEREST OF K.H., A CHILD**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-02026
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

The clerk's record in this appeal was due on December 31, 2021. TEX. R. APP. P. 35.1(b). On January 4, 2022, the trial court clerk filed a notification of late record stating that appellant has failed to pay or make payment arrangements for the fee for preparing the clerk's record. *See* TEX. R. APP. P. 35.3(a)(2).

We therefore ORDER appellant to file written proof in this court ***no later than ten (10) days*** after the date of this order showing that: (1) he has requested that the trial court clerk prepare the clerk's record in compliance with Texas Rule of Appellate Procedure 34.5; and (2) ***either*** the clerk's fee for preparation of the clerk's record has been paid or payment arrangements have been made, ***or*** appellant is entitled to appeal without paying the fee. *See* TEX. R. APP. P. 34.5; 20.1(a); Tex. R. Civ. P. 145.

If appellant fails to respond within the time provided, the appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2022.

_____
Michael A. Cruz,
Clerk of Court